UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DURAN IRVING, Is a House of Correction Inmate, | C.A. NO. |
| Plaintiff, | |
| v. | |
| MITT ROMNEY, WHO IS THE GOVERNOR; JOSEPH MC DONOUGH, IS THE SHERIFF; BRIAN GILLEN, IS THE SUPERINTENDENT; TONY MONIZ, DIRECTOR OF SECURITY; MIKE AUSTIN, UNIT MANAGER AND LAUREN MORTIEMI, CASE WORKER. | REQUEST JURY DEMAND |
| Defendants. | |

This is a Civil Rights action filed by Duran Irving, a House of Correction Inmate, for Damages and injunctive relief under 42 U.S.C. § 1983, alleging Failure to Protect; Religious Persecution; Classification Discrimination; Interferring in Federal Mail; AND Discrimination. In violation of The Eighth Ammendment to the United States constitution and Deprivation of Classification. In violation of The Due process clause of The Fourteenth Ammendment to the constitution.

JURISDICTION

1. The Court has Jurisdiction over The Plaintiffs' claims of violation of Federal Constitutional Rights under 12 U.S.C. §§ 1331(a) and 1345.

2. The Court has Supplemental Jurisdiction over the plaintiffs' State Law torts claim under 28 U.S.C. § 1367.

PARTIES

3. The Plaintiff, Duran Irving, Is incarcerated at The Suffolk House of Correction, But was Transferred To The Plymouth House of Correction (P.H.O.C.) during the events described in This complaint.

4. Defendant MITT ROMNEY; Is The Governor of Massachusetts, and his genuinely Responsible for overseeing All State and County Facilities under Massachusetts Jurisdiction, and Responsible for overseeing The Personnel And administrative staff Level. He is sued in his Individual and Official Capacities.

5. Defendant Joseph McDonough Is The Sheriff of The Plymouth House of Correction, and is in charge of overseeing The Administrative staff Level and Institutional personnel. He is sued in his individual and official Capacities.

6. Defendant Brian Gillen, Is The Superintendent of The Plymouth house of Correction, and is The chief of staff of overseeing The entire Administrative staff Level and Institutional personnel. And is responsible for ensuring the Care and Safety of all inmates. He is sued in his individual and official Capacities.

7. Defendant Tony Moniz, Is The Director of Security and is responsible for overseeing the Operation and Safety of The Whole Administrative personnel Level and Care and Custody of all Thereof. He is sued in his individual and official Capacities.

8. Defendant Mike Austin, Is The Unit Caseworker for The Protective Custody Housing Unit, and is responsible for the care and Custody of The Inmates in said Housing unit. He is being sued in his individual and official Capacities.

9. Defendant Lauren Martiemi, Is a Caseworker at The Suffolk & Plymouth County house of Correction, and is Responsible for the maintnance of all segregated inmates. She is sued in her individual and official Capacities.

10. All The Defendants have Acted, and Continue to act, under COLOR OF STATE LAW, at all Times relevant to this Complaint.

## FACTS

11. On August 22, 2004, I was Transferred from The Suffolk County House of Correction To The Plymouth House of Correction under Retalitory purposes due to the Plaintiffs' numerous pending Litigations against the Suffolk house of Correction Jail.

12. Upon my arrival at The Suffolk Plymouth County Jail That houses detainees; County Inmates; state, Federal and Juvenile Inmates, that I was not to be transferred to The plymouth Jail or middleton House of Correction due to enormous Safety Issues involving numerous Inmates at said Institution, and that The Suffolk House of Correction personnel knew of the risk of Transferring The plaintiff There.

13. 
That on August 23, 2004, I spoke to the unit Case Worker at