```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS

DURAN IRVIN,                    )
     Plaintiff,                 )
                                )
     v.                         )    C.A. No. 04-12504-NMG
                                )
MITT ROMNEY, et al.             )
     Defendants.                )
```

MEMORANDUM AND ORDER

For the reasons stated below, plaintiff's Application to Proceed Without Prepayment of Fees and Affidavit (Docket No. 1) is denied without prejudice to refiling with a copy of his certified prison account statement within forty-two (42) days of the date of this Memorandum and Order.

BACKGROUND

On November 9, 2004 plaintiff Duran Irvin, an inmate at Plymouth County House of Correction, submitted for filing his self-prepared, civil rights complaint accompanied by an Application to Proceed Without Prepayment of Fees and Affidavit. The Application indicates that plaintiff has no source of income and no funds.

DISCUSSION

Although plaintiff has submitted an Application to Proceed Without Prepayment of Fees as required under Section 1915(a)(1), he has not yet provided the required certified copy of his trust fund account statement at the Plymouth

1

County Correctional Facility as required by Section 1915(a)(2). <u>See</u> 28 U.S.C. § 1915 (a)(1), (a)(2).[1] To enable this Court to calculate the amount that plaintiff must initially pay pursuant to Section 1915(b)(1), plaintiff must file a copy of his prison account statement. Plaintiff will be granted additional time to do so.

<u>ORDER</u>

Based upon the foregoing, it is hereby

ORDERED, plaintiff's Application to Proceed Without Prepayment of Fees (Docket No. 1) is denied without prejudice to refiling with a copy of his certified prison account statement within forty-two (42) days of the date of this Memorandum and Order; and it is further

ORDERED, if plaintiff wishes to proceed with this action, he shall file, within forty-two (42) days of the date of this Memorandum and Order, an Application to Proceed Without Prepayment of Fees accompanied by a certified copy of his institutional account statement. The Clerk shall send

---

[1] If plaintiff submits a certified copy of his prison account statement, the Court will direct the appropriate prison official to withhold from plaintiff's prison account and pay to the Court an initial payment towards the $150.00 filing fee. The appropriate prison official will also be directed to collect monthly payments from plaintiff's prison account on a continuing basis until such time as the $150.00 statutory filing fee is paid in full. <u>Id.</u>

plaintiff an Application to Proceed Without Prepayment of Fees and Affidavit with this Order.

SO ORDERED.

Dated at Boston, Massachusetts, this <u>2nd</u> day of <u>December</u>, 2004.

                                       /s/ Nathaniel M. Gorton  
                                      NATHANIEL M. GORTON  
                                      UNITED STATES DISTRICT JUDGE