```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS

DURAN IRVING,                      )
          Plaintiff,               )
                                   )
     v.                            )   C.A. No. 04-12504-NMG
                                   )
GOVERNOR MITT ROMNEY, et al.,      )
          Defendants.              )
```

ORDER OF DISMISSAL

GORTON, D.J.

In accordance with this Court's Memorandum and Order dated April 4, 2005, it is ORDERED that the within action be and it is hereby dismissed.

By the Court,

Date: April 5, 2005          By /s/ Barbara Morse
                                Deputy Clerk